THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THE NORTH RIVER SUGAR REFINING COMPANY, Appellant.

(Argued April 22, 1890; decided June 24, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made July 9, 1889, which affirmed an order of Special Term denying in part a motion for a stay of proceedings.

*John E. Parsons* and *James C. Carter* for appellant.

*Charles F. Tabor, Attorney-General,* and *Roger A. Pryor* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

JONAS H. LANE et al., Appellants, *v.* CHARLES ROSENBERG et al., Respondents.

(Submitted June 6, 1890; decided June 24, 1890.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made June 26, 1888, which affirmed a judgment in favor of defendants entered upon a verdict directed by the court.

*Martin & Smith* for appellants.

*Donohue, Newcombe & Cardozo* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.